1
2
3
4
5
6
7
8
9
10

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| M.R., a minor, through his guardian *ad litem* DONNA ROLLINS, ARNIE PIKE, and MARILYNN PIKE individuals;<br><br>                    Plaintiffs,<br><br>vs.<br><br>PIRATE'S DINNER ADVENTURE, the d/b/a of NORWOOD STORES, INC., *et al.*;<br><br>                    Defendants. | ) Case No.: 8:14-cv-00059-JVS (JPRx)<br>)<br>) The Honorable James V. Selna<br>)<br>) **ORDER DISMISSING ACTION**<br>) **WITH PREJUDICE AND**<br>) **RETENTION OF JURISDICTION**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

28

1    Pursuant to the Parties' Joint Stipulation for Dismissal with Prejudice and

2    Request for Retention of Jurisdiction and good cause appearing therefor, IT IS

3    HEREBY ORDERED that this Action is dismissed without prejudice and the Court

4    shall retain jurisdiction over this Action for the sole purpose of enforcing the terms of

5    the Parties' confidential settlement agreement.

6

7

8

9    DATED:    December 22, 2014    _____

10                                         HON. JAMES V. SELNA

11                                         UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28